IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

KIRK MACKEY,

Plaintiff,

vs.

U.M. INVESTOR CO LLC,

Defendant.

CIVIL ACTION

Case No. 4:24-CV-03046

**NOTICE OF SETTLEMENT**

Plaintiff, KIRK MACKEY, by and through the undersigned counsel, hereby notifies this Court that Plaintiff has reached settlement of all issues pertaining to his case against Defendant, U.M. INVESTOR CO LLC.

Plaintiff and Defendant, U.M. INVESTOR CO LLC, are presently preparing a formal settlement agreement for signature and intend to file a Joint Stipulation of Dismissal with Prejudice once the agreement is finalized. Plaintiff and Defendant request thirty (30) days within which to file its dismissal documents.


SCHAPIRO LAW GROUP, P.L
7301-A W. Palmetto Park Rd., #100A, Boca Raton, FL 33433 • Tel (561) 807-7388 • Fax (810) 885-5279

Respectfully submitted this 18th day of November, 2024.

Law Offices of
THE SCHAPIRO LAW GROUP, P.L.

/s/ Douglas S. Schapiro
Douglas S. Schapiro, Esq.
Southern District of Texas ID No. 3182479
The Schapiro Law Group, P.L
7301-A W. Palmetto Park Rd., #100A
Boca Raton, FL 33433
Tel: (561) 807-7388
Email: schapiro@schapirolawgroup.com

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was filed electronically using the CM/ECF system on this 18th day of November 2024.

/s/ Douglas S. Schapiro
Douglas S. Schapiro, Esq.
Southern District of Texas ID No. 3182479