United States District Court
Southern District of Texas
**ENTERED**
November 18, 2024
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **KIRK MACKEY,** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:24-CV-3046** |
| | § | |
| **U.M. INVESTOR CO LLC,** | § | |
| | § | |
| ***Defendant.*** | § | |

## CONDITIONAL ORDER OF DISMISSAL

The Court has been informed that all claims pending in this lawsuit have been settled. The case is therefore **DISMISSED WITHOUT PREJUDICE** to reinstatement of the claims if any party represents to the Court, within sixty (60) days of this Order, that the settlement could not be completely documented. The claims will be **DISMISSED WITH PREJUDICE** sixty (60) days after the entry of this Order unless any party moves for reinstatement or an extension of the conditional dismissal period before that date. Each party is to bear its own costs, fees, and expenses. The Clerk is directed to administratively **CLOSE** the case.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas on this the 18th day of November, 2024.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE